UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OLIVAREZ, | No. 2:13-cv-1046-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 7, 2013, respondent was directed to file an answer to the petition and to include with the answer all transcripts and other documents relevant to a determination of the issues presented in the application. On January 3, 2014, respondent filed his answer, in which he represented that he intended to lodge various documents pertaining to petitioner's state court proceedings. ECF No. 18 at 2-3. However, those documents were never lodged. The court finds that the documents referenced in respondent's answer are necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to lodge the relevant state court records within fourteen days.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days from the date of this order respondent shall lodge the state court records described on pages 2-3 of his answer, filed on January 3, 2014.

DATED: October 7, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE