UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OLIVAREZ, | No. 2:13-cv-1046-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 14, 2015, petitioner filed his objections to the June 25, 2015 finding and recommendations, as well as a request to file them after expiration of time. *See* Fed. R. Civ. P. 6(b)(1)(B). The request is granted and petitioner's objections are deemed timely filed.

He has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

/////

/////

Good cause appearing, it is ORDERED that:

1. Petitioner's request (ECF No. 25) is granted and petitioner's objections are deemed timely filed; and

2. Petitioner's request for appointment of counsel (ECF No. 27) is denied without prejudice.

Dated: July 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE